**19329**—Harry L. Conn et v. John J. Jones, as Treasurer; error to the Van Wert Appeals. Judgment reversed. Marshall, C. J., Day, Allen, Kinkade and Robinson, JJ., concur. Jones, J.dissents. Mathias J., not participating. Dock. 8-15-26; 3 Abs. 530; OA. 3 Abs. 528 OS. Pend. 3 Abs. 595.

---

## Abstracts of This Week's
# SUPREME COURT OPINIONS

### SYLLABI

### No. 512

639. INJUNCTION.

Under 12075 GC. a property owner may apply to restrain levy of taxes upon the ground that the property is exempt from taxation, without proceeding under 5616 GC. et seq; such remedy being concurrent and not exclusive.

ALLEN, J.

Under Section 12075, G. C., a property owner may apply for an injunction to restrain the

levy or collection of a tax upon the ground that the property to be taxed is exempt from taxation, without proceeding under Sections 5616 et seq., General Code. In such case these sections provide a concurrent and not an exclusive remedy. Bashore v. Brown, 108 Ohio St., 18; Cuyahoga Falls v. Beck, 110 Ohio St., 82; Hammond v. Winders, 112 Ohio St., 158, distinguished.

Judgment reversed.

Marshall, C. J. Day, Kinkade and Robinson, JJ., concur. Jones, J. dissenting. Matthias, J, not participating.